**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DANIEL P. HOWE,

      Plaintiff,

v.                            CASE NO.  4:13cv308-RH/GRJ

GREG PARKER,

      Defendant.

_____/

### ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and

recommendation, ECF No. 15, and the objections, ECF No. 16.  I have reviewed

de novo the issues raised by the objections.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's

opinion.  The clerk must enter judgment stating, "The complaint is dismissed with

prejudice under 28 U.S.C. § 1915(e)(2)(B)."  The clerk must close the file.

SO ORDERED on October 1, 2013.

                        s/Robert L. Hinkle_____
                        United States District Judge